JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MARIA TERESA GONZLEZ CONRRADO,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | No. 5:26-cv-03898-BFM<br>**JUDGMENT** |

On July 22, 2026, the Court issued an order granting the Petition as to Count Three and ordered Petitioner be immediately released. (ECF 10 at 8.) Petitioner has not filed a status report indicating a problem with compliance with the Court's order in the time allowed by the Court, and Petitioner no longer appears in the ICE detainee locator.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Count Three. The Clerk of Court is directed to close this case.

DATED: July 29, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE